*Formatted for Electronic Distribution*                                    *Not For Publication*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF VERMONT

_____

**In re:**

**ROLAND PION and**                                          **Chapter 7 Case**
**LEITA PION,**                                              **# 06-10538**
                    **Debtors.**

_____        Filed & Entered
                                       On Docket
**Kevin Bean and Tina Bean,**          October 22, 2007
                    **Plaintiffs,**

        **v.**

                                                             **Adversary Proceeding**
**Roland Pion and Leita Pion,**                              **# 07-1012**
                    **Defendants.**

_____

*Appearances:*        *Shireen T. Hart, Esq.*            *James Swift, Esq.*
                      *Primmer Piper Eggleston & Cramer, PC*   *Langrock, Sperry & Wool, LLP*
                      *Burlington, Vt.*                   *Middlebury, Vt.*
                      *For the Plaintiffs*               *For the Defendants*

## ORDER
### GRANTING, IN PART, PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT
### AND SETTING STATUS CONFERENCE TO RESOLVE REMAINING ISSUES

For the reasons set forth in the memorandum of decision of even date, IT IS HEREBY ORDERED that the Plaintiffs' motion for partial summary judgment is granted to the extent that $76,230 of the damages awarded by the state court (and more specifically enumerated in the memorandum) are excepted from the Debtors' discharge, pursuant to § 523(a)(6).

IT IS FURTHER ORDERED that the Plaintiffs' motion for partial summary judgment is denied to the extent that the $1,500 in compensatory damages awarded to the Beans for damage to their personal property shall not be excepted from discharge.

IT IS FURTHER ORDERED that the Parties shall appear at a status conference at **11:00 a.m. on November 6, 2007, in Rutland, Vermont** (or via videoconference), to set a schedule for addressing the open issues in the chapter 7 case and this adversary proceeding.

**SO ORDERED.**

_____
October 22, 2007                                    Colleen A. Brown
Rutland, Vermont                                    United States Bankruptcy Judge